UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/2021
```

--------------------------------------------------------------------- X
                                                      :
CARESA SOPHIA DAWKINS,                                :
                                                      :
                                  Plaintiff,          :          1:20-cv-11105-GHW
                                                      :
              -against-                               :                 ORDER
                                                      :
WAL-MART STORES EAST, L.P.,                           :
                                                      :
                                  Defendant.          :
                                                      :
--------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

This action was removed from the Supreme Court of the State of New York, County of

Bronx, on December 31, 2020.  Dkt. No. 1.  Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes

to demand a jury trial in this matter, the demand must be served and filed no later than January 14,

2021.  Additionally, counsel for Plaintiff is directed to promptly file a notice of appearance in this

case.  Counsel for Defendant is directed to serve a copy of this order on Plaintiff, and to retain

proof of service.

SO ORDERED.

Dated:  January 4, 2021
                                              _____
                                                         GREGORY H. WOODS
                                                      United States District Judge