USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/3/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
:
CARESA SOPHIA DAWKINS, :
:
Plaintiff, : 1:20-cv-11105-GHW
:
-against- : ORDER
:
WAL-MART STORES EAST, L.P., :
:
Defendant. :
:
------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

In the order scheduling the initial pretrial conference in this matter, the parties were directed to submit a joint letter via ECF and to email a joint proposed Case Management Plan and Scheduling Order to Chambers by no later than February 1, 2021. Dkt. No. 2. The Court has not received the parties' submissions. The parties are directed to submit their joint letter via ECF and to email their joint proposed Case Management Plan to Chambers forthwith and in no event later than February 5, 2021.

Counsel for Defendant is directed to serve a copy of this order on Plaintiff, and to retain proof of service.

SO ORDERED.

Dated: February 3, 2021

_____
GREGORY H. WOODS
United States District Judge