```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
        :
CARESA SOPHIA DAWKINS,        :
        :
        Plaintiff,    :    1:20-cv-11105-GHW
        :
    -against-    :    <u>ORDER</u>
        :
WAL-MART STORES EAST, L.P.,    :
        :
        Defendant.    :
        :
------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

Because the parties have consented to proceeding before the assigned Magistrate Judge, the initial pretrial conference scheduled for February 8, 2021 is adjourned.

Counsel for Defendant is directed to serve a copy of this order on Plaintiff, and to retain proof of service.

SO ORDERED.

Dated: February 5, 2021

                                                                  GREGORY H. WOODS
                                                     United States District Judge