USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/3/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

**CARESA SOPHIA DAWKINS,**

**Plaintiff,**                                          **20-CV-11105 (SN)**

-against-                                          <u>**ORDER OF DISMISSAL**</u>

**WAL-MART STORES EAST, LP,**

**Defendant.**

----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

On April 30, 2021, the parties filed a notice of settlement. Accordingly, it is:

ORDERED that this case is dismissed, provided, however, that within 30 days of the date of this Order, counsel for the plaintiff may apply by letter to restore this action to this Court's calendar, in which event the action will be restored. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:        May 3, 2021
                   New York, New York